# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 20-CR-116** |
| | : | |
| v. | : | |
| | : | |
| **TIMOTHY L. HEARD,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 922(g)(1)** |
| Defendant. | : | **(Unlawful Possession of a Firearm and** |
| | : | **Ammunition by a Person Convicted of a** |
| | : | **Crime Punishable by Imprisonment for a** |
| | : | **Term Exceeding One Year)** |
| | : | **22 D.C. Code §§ 2001 (2001 ed.)** |
| | : | **(Kidnapping)** |
| | : | |
| | : | **FORFEITURE: 18 U.S.C. § 924(d),** |
| | : | **21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c)** |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about June 4, 2020, within the District of Columbia, **TIMOTHY L. HEARD**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2008-CF2-002865, did unlawfully and knowingly receive and possess a firearms, namely, a Ruger, .9mm semi-automatic pistol and a .45 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, namely, .9mm and .45 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about June 4, 2020, within the District of Columbia, **TIMOTHY L. HEARD**, seized, confined, kidnapped, abducted, and carried away J.H., with intent to hold and detain J.H.

(**Kidnapping**, in violation of Title 22, District of Columbia Code, Sections 2001 (2001 ed.))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Ruger, .9mm semi-automatic pistol and a .45 caliber semi-automatic pistol, .9mm ammunition and .45 caliber ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

    (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

                                          Respectfully submitted,

                                          MATTHEW M. GRAVES
                                          United States Attorney
                                          D.C. Bar No. 481052

By:    */s// Emory V. Cole*
        EMORY V. COLE
        Assistant United States Attorney
        PA Bar No. 49136
        United States Attorney's Office
        555 4th Street, N.W., 4th Floor
        Washington, D.C. 20530
        Telephone: (202) 252-7692
        Emory.Cole@usdoj.gov